IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No. 4:10-CV-166-FL

MIREDA REDDISH, )
)
    Plaintiff, )
)
  v. ) ORDER
)
MICHAEL J. ASTRUE, )
Commissioner of )
Social Security, )
)
    Defendant. )

Upon Consideration of Plaintiff's Petition for Attorney's Fees pursuant to the Equal Access to Justice Act and Plaintiff and Defendant's subsequent stipulation,

The Court hereby awards Plaintiff $3,606.10 in attorney's fees and $71.00 in costs under the Equal Access to Justice Act, 28 U.S.C. § 2412, payable to Plaintiff's counsel, Kathleen Shannon Glancy, P.A., if there is no debt that qualifies under the Treasury Offset Program, 31 U.S.C. § 3716. If there is such a debt, any fee remaining after offset will be payable to Plaintiff and delivered to Plaintiff's attorney.

Upon the payment of such sums, this case is dismissed with prejudice.

DATED: June 30, 2011

LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE